John F. DALY, respondent, v. BROOKLYN DAILY EAGLE, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Charles A. DANIEL, Respt., v. NATIONAL SUCTION CLEANER CO., Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Abie DANISHEFSKY, an infant, etc., Respondent, v. BORDEN'S CONDENSED MILK COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Appeal from Trial Term, New York County. Action by Abie Danishefsky, an infant, against Borden's Condensed Milk Company. From a judgment for plaintiff, and from an order denying a motion for new trial, and denying a motion to dismiss the complaint, defendant appeals. Reversed, and complaint dismissed.

PER CURIAM. We are of opinion that upon the evidence no negligence was shown on the part of the defendant's driver. The judgment and order appealed from are therefore reversed, with costs, and the complaint dismissed, with costs. Order filed.

Matter of Henry DANZIGER, Applt., v. MUSICAL MUTUAL PROTECTIVE UNION, Respt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of the Estate of Benjamin F. DECKER, deceased. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Appeal dismissed, without costs, upon stipulation filed.

Lizette DEEBACH, as administratrix, etc., of Charles C. Deebach, deceased, respondent, v. ROBERT GAIR COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judgment and order affirmed, with costs. No opinion. Carr, Mills, Rich, and Putnam, JJ., concur. Jenks, P. J., dissents.

Lillian T. DEMPSY, Appellant, v. Michael F. O'ROURKE, as Administrator, etc., Appellant, and Emma R. Comly and Others, Respondents. (Supreme Court, Appellate Division, Second Department. January, 1916.) Motion granted, upon condition that defendant-appellant give a surety company bond in the sum of $4,000, conditioned to pay any loss which the respondents may sustain by reason of the delay caused by the appeal; otherwise, motion denied, with $10 costs.

Henry D'HONT, an infant, by Camille D'Hont, his guardian ad litem, respondent, v. NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the greater weight of the evidence. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Benjamin DIAMOND and one, applts., v. Chester J. BECKWITH, respt. (Supreme Court, Appellate Division, Fourth Department. October, 4, 1916.) Motion granted, and appeal dismissed, with costs.

DODGE & DENT MFG. CO. v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application granted. Order signed.

DOTEN–DUNTON DESK COMPANY v. William S. DRIVER. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

J. P. DUFFY v. STAPLETON NATIONAL BANK, Impld., etc. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Motion denied, with $10 costs. Order filed.

In the matter of the application for temporary letters of administration of the goods, chattels and credits which were of Martha E. DURBAN, deceased. In the Matter of the Contested Will of Martha E. Durban, deceased. (Supreme Court, Appellate Division. Second Department. July 28, 1916.) Motion for stay granted. See, also, 160 N. Y. Supp. 945.

Eliza F. DURYEA, respondent, v. Jennie M. KNAPP, as administratrix, etc., appellant, impleaded, etc. Actions Nos. 1, 2, and 3. Mabel D. POLHEMUS, respondent, v. SAME. Action No. 4. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) See, also, 160 N. Y. Supp. 553. Motion to resettle orders granted. Settle order before Mr. Justice Putnam.

Arthur S. DWIGHT, appellant, v. Andrew CUNEO, defendant, Joan Newton Cuneo and Atlantic Macaroni Company, respondents, and others, defendants. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment modified, by striking from the same the following clause, viz.: "Adjudged and decreed, that this action be and the same hereby is dismissed, on the merits as to the defendants Joan Newton Cuneo and Atlantic Macaroni Company," and, as so modified, affirmed, without costs to either party. Such modification is made upon the ground that for the relief granted to the plaintiff by the judgment the said defendants are proper and necessary parties to the action. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

Charles K. EAGLE, Respt., v. SIMPLEX AUTOMOBILE CO., Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.